**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000016
30-MAY-2023
03:03 PM
Dkt. 28 ODSD**

NO. CAAP-23-0000016

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KM, Petitioner-Appellant, v.
EM, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FDA-22-0002687)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before March 23, 2023, and April 24, 2023, respectively;

(2) Self-represented Petitioner-Appellant KM failed to file either document, or request an extension of time;

(3) On May 1, 2023, the appellate clerk notified KM that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 11, 2023, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and KM could request relief from default by motion; and

(4) Since the default notice, KM has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 30, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

2